UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CARILION CLINIC, *et al*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Case No. 7:21-cv-00168-MFU |
| AMERICAN GUARANTEE & LIABILITY ) | |
| INSURANCE COMPANY, ) | Hon. Michael F. Urbanski |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**STIPULATED FINAL JUDGMENT**

This Court having considered the parties' Agreed Motion for Entry of a Stipulated Final Judgment with Prejudice (the "Motion") in the above-captioned matter, and the Court finding that it is appropriate to enter a final judgment in this matter pursuant to Federal Rule of Civil Procedure 58, it is hereby

ORDERED that the parties' Motion is GRANTED.

IT IS FURTHER ORDERED that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 58, as follows:

(1) Plaintiffs' claim against Defendant under the Interruption by Communicable Disease (the "ICD Claim") coverage provision is dismissed with prejudice, by stipulation of the parties, without costs and without any right of appeal.

(2) Plaintiffs' remaining claims against Defendant are dismissed with prejudice pursuant to the Court's February 4, 2022 Memorandum Opinion and Order, with Plaintiffs

preserving their right to appeal therefrom and from the November 16, 2022 Memorandum Opinion and Order denying Plaintiffs' motion for reconsideration.

IT IS SO ORDERED.

Dated: 12/16/2022

Digitally signed by Michael F. Urbanski Chief U.S. District Judge
Date: 2022.12.16 11:56:53 -05'00'

United States District Judge
Western District of Virginia